IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLJ, LLC d/b/a O2-COOL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| v. | ) |
| | ) |
| TRANSACTION HOLDINGS LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, GLJ, LLC, for its complaint against defendants, Transaction Holdings LLC, alleges:

1. This is an action for infringement of United States Letters Patent No. D531,296. Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1338(a) and venue lies in this district by virtue of 28 U.S.C. §§ 1391 and 1400(b).

2. Plaintiff GLJ, LLC ("GLJ"), doing business as O2-Cool, is a limited liability company organized and existing under the laws of the State of Illinois and has a principal place of business at 1415 N. Dayton Street, Suite 2S, Chicago, Illinois 60622.

3. Defendant, Transaction Holdings LLC ("Transaction

Holdings"), is, on information and belief, a corporation organized and existing under the laws of the State of Nevada and has a place of business at 1601 Iron Ridge Drive, Las Vegas, Nevada 89117. On information and belief, Transaction Holdings is doing business within this district.

    4.    On October 31, 2006, United States Letters Patent No. D531,296 ("the '296 patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Desk Top Supported Fan". A true and correct copy of the '296 patent is attached hereto as Exhibit A. GLJ is the owner of the entire right, title and interest in and to the '296 patent, and has the right to bring suit for infringement thereon.

    5.    Transaction Holdings has, on information and belief, unlawfully and intentionally infringed the '296 patent in this District and elsewhere by having made, importing, using, distributing, offering for sale and/or selling battery powered portable fans, bearing product numbers THBPF01G and MMBPF01G, embodying the invention of the '296 patent.

    6.    The wrongful acts of Transaction Holdings as alleged herein were undertaken without authority and without license from GLJ. On information and belief, Transaction Holdings had notice of said Letters Patent and its acts of

infringement have been willful and wanton, in blatant disregard for the intellectual property rights of GLJ.

7. The wrongful acts of Transaction Holdings as alleged herein have occurred, and will continue to occur, in this Judicial District and throughout the United States.

8. GLJ has suffered damage by reason of the acts of infringement by Transaction Holdings and will suffer additional and irreparable damage unless Transaction Holdings is enjoined by this Court from continuing its acts of infringement.

WHEREFORE, GLJ requests that this Court enter a judgment in favor of GLJ and against Transaction Holdings and award to GLJ the following relief:

A. Ordering, adjudging and decreeing that Transaction Holdings has directly infringed the '296 patent in violation of 35 U.S.C. § 271(a) and/or 35 U.S.C. § 281 by having made, importing, using, distributing, selling and/or offering for sale battery powered portable fans embodying the invention of the '296 patent;

B. Ordering, adjudging and decreeing that the acts of infringement of the '296 patent committed by Transaction Holdings were committed

willfully and knowingly;

    C.    Enjoining, both preliminarily and permanently, Transaction Holdings, its parents, principals, officers, directors, agents, affiliates, servants, attorneys, employees and all others in privity with it from infringing the '296 patent;

    D.    Awarding to GLJ damages for infringement of the '296 patent, including the profits of Transaction Holdings, together with prejudgment interest on the amount awarded;

    E.    Awarding to GLJ three times its damages to compensate GLJ under 35 U.S.C. § 284 and/or § 289;

    F.    Ordering, adjudging and decreeing that acts of infringement of Transaction Holdings as herein alleged warrant a finding that this is an exceptional case and awarding to GLJ its reasonable attorneys' fees under 35 U.S.C. § 285;

    G.    Awarding to GLJ its costs incurred in the prosecution of this action; and

    H.    Awarding to GLJ such other and further relief as the Court may deem just and proper.

## JURY DEMAND

GLJ demands trial by jury of all issues in this action so triable.

    GLJ, LLC

    /s/ Keith V. Rockey
    KEITH V. ROCKEY (ID #02360624)
    KATHLEEN A. LYONS (ID #06186939)
     Rockey, Depke & Lyons, LLC
     Sears Tower, Suite 5450
     233 South Wacker Drive
     Chicago, Illinois 60606
     Phone: (312) 277-2006
     Facsimile: (312) 441-0570

    Attorneys for Plaintiff GLJ, LLC