US00D531296S

(12) **United States Design Patent**  (10) Patent No.: **US D531,296 S**
Chen                                   (45) Date of Patent:  ** Oct. 31, 2006

(54) DESK TOP SUPPORTED FAN

(75) Inventor: Yung Chen, Clarendon Hills, MI (US)

(73) Assignee: Squeeze Breeze Circular, a div. of GLJ, LLC, Chicago, IL (US)

(**) Term: 14 Years

(21) Appl. No.: 29/222,944

(22) Filed: Feb. 4, 2005

(51) LOC (8) Cl. .................................. 23-04
(52) U.S. Cl. .................................. D23/370
(58) Field of Classification Search ......... D23/382, D23/381, 370; 416/246, 247 R
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,341,151 A | 7/1982 | Sakamoto | 98/94 R |
| D306,903 S | 3/1990 | Shin-Chin | |
| 5,547,343 A | 8/1996 | Jane et al. | 416/246 |
| D386,565 S | 11/1997 | Jane et al. | |
| D387,151 S | 12/1997 | Fok | |
| D387,153 S | 12/1997 | Fok | |
| D390,947 S | 2/1998 | Fok | |
| D400,242 S | * 10/1998 | Litvin | D23/382 |
| D415,270 S | 10/1999 | Fok | |
| D416,081 S | * 11/1999 | Lee | D23/378 |
| D429,326 S | 8/2000 | Fok | |
| D449,373 S | 10/2001 | Pinchuk | |
| D459,460 S | * 6/2002 | Melwani | D23/370 |
| D460,542 S | * 7/2002 | Li | D23/328 |
| 6,682,308 B1 | 1/2004 | Fei et al. | 416/246 |
| D510,994 S | * 10/2005 | Indio Da Costa | D23/382 |

* cited by examiner

Primary Examiner—Lisa Lichtenstein
(74) Attorney, Agent, or Firm—Gifford, Krass, Groh Sprinkle, Anderson & Citkowski, P.C.

(57) **CLAIM**

The ornamental design for a desk top supported fan, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of the desk top supported fan of the present design;
FIG. 2 is a rear view of the present design;
FIG. 3 is a right side view of the present design, a corresponding left side view being a mirror image thereof; and,
FIG. 4 is a top view of the present design.

1 Claim, 4 Drawing Sheets





U.S. Patent    Oct. 31, 2006    Sheet 1 of 4    US D531,296 S



Fig-1



Fig-2

**U.S. Patent**     Oct. 31, 2006     Sheet 3 of 4     US D531,296 S



*Fig-3*

**U.S. Patent**   Oct. 31, 2006   Sheet 4 of 4   US D531,296 S



Fig-4